UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Nguyen Hooker,

                Petitioner

v.

Kevin McMahill, et al.,

                Respondents

Case No. 2:25-cv-02265-CDS-EJY

**Order Directing Respondents to File
Response to Petitioner's Motion to Amend**

Petitioner Nguyen Hooker filed a counseled petition for writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. Following an initial review under the Rules Governing Section 2254 Cases ("Habeas Rules"), I dismissed the petition based on a lack of jurisdiction. ECF No. 2. Judgment was entered. ECF No. 3. Hooker has now moved to amend the judgment. ECF No. 4. I find that a response from the respondents is warranted.

It is therefore ordered that the respondents file a response to the motion on or before March 6, 2026, unless good cause is shown for an extension. Hooker will then have 7 days to file his reply.

Dated: February 19, 2026

_____
Cristina D. Silva
United States District Judge